No. 81–5325. ZATKO *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 81–5326. EASTER *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 81–5330. ZATKO *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 81–5331. VANDERDOES *v.* ST. CLAUDE GENERAL HOSPITAL ET AL. Sup. Ct. La. Certiorari denied.

No. 81–5334. MONROE *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 81–5335. OWENS *v.* KOEHLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 81–5339. HOLMES *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 81–5341. WELCH *v.* GARRISON ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–5342. ZATKO *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 81–5343. COVINGTON *v.* DAVIS. C. A. 4th Cir. Certiorari denied.

No. 81–5347. GONZALES *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 81–5375. SCOTT *v.* LAFOY ET AL. C. A. 8th Cir. Certiorari denied.

No. 81–5377. COUCH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–5397. CARTER *v.* UNITED STATES. Ct. Cl. Certiorari denied.